HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>Plaintiffs<br><br>v.<br><br>TREPUS CORPORATION,<br><br>Defendant | NO. CV11-584-RAJ<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the court on a motion for summary judgment by plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, Northwest Laborers-Employers Training Trust, and Washington and Northern Idaho District Council of Laborers. Dkt. # 10.

Defendant has not responded to plaintiffs' motion for summary judgment, and the facts are not in dispute. *See* W.D. Wash. CR 7(b)(2) ("If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."). Defendant entered into a trust agreement that required it to make employee benefit contributions to a trust account. The collective bargaining agreement also required the employer to be bound by the trust agreement. The employer breached

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT—1
Case No. CV11-584-RAJ

the agreements by failing to fully fund the amounts due for employee benefit contributions and wage deductions. Plaintiffs are entitled to liquidated damages pursuant to the agreement, and interest on unpaid contributions, costs and reasonable attorney's fees. 29 U.S.C. § 1132(g); *Plumber v. Siemens Building Techs.*, 228 F.3d 964, 971 (9th Cir. 2000).

For all the foregoing reasons, the court GRANTS plaintiffs' motion for summary judgment (Dkt. # 10) against defendant Trepus Corporation in the total amount of $153,570.60, plus post-judgment interest under 28 U.S.C. § 1961 at a rate of 0.18 per annum, as follows:

1. Contributions and Wage Deductions: $98,837.28
2. Liquidated Damages: $19,956.71
3. Interest: $26,696.22
4. Costs: $493.68
5. Attorney Fees: $7,586.75

The Clerk of Court is ORDERED to enter judgment in favor of plaintiffs and against defendant.

Dated this 25th day of April, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge